UNITED STATES FIDELITY AND GUARANTY COMPANY,
INC. *v.* CUSTOM POOLS BY L.A. SOCCI, INC.
(13123)

FOTI, LAVERY and LANDAU, Js.

Submitted on briefs January 6—decision released January 31, 1995

*John V. Bologna* filed a brief for the appellant
(defendant).

*Joseph A. Maker* filed a brief for the appellee
(plaintiff).

PER CURIAM. The judgment is affirmed.